IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDDIE SARDON, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 24-cv-1523-RJD |
| vs. | ) |
| | ) |
| QUANG TRAN, D.M.D. and JILL MARTIN. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

**DALY, Magistrate Judge:**

    Plaintiff, formerly incarcerated within the Illinois Department of Corrections, filed this lawsuit pursuant to 42 U.S.C. §1983, alleging that Defendants were deliberately indifferent to his serious dental needs at Robinson Correctional Center.  The Court conducted a threshold review of Plaintiff's Complaint, allowing him to proceed on one claim against Defendants for violations of his Eighth Amendment rights.  Defendants appeared through counsel and filed an answer, which prompted Plaintiff to file a Motion for Summary Judgment.  Doc. 27.  The motion argues that Defendants improperly raised the affirmative defenses of failure to exhaust administrative remedies (which they have since withdrawn) and qualified immunity and that Plaintiff is entitled to summary judgment on the merits of his claim because Defendants "have not come forward with evidence of a specific factual dispute."

    Plaintiff carries the burden of proof on his claim against Defendants.  *See Schaffer ex. Rel. Schaffer v. Weast*, 546 U.S. 49, 56-57 (2005).  To the extent that Plaintiff believes the evidence reflects no genuine dispute as to whether Defendants treated his serious dental needs with deliberate indifference, then he may move for summary judgment.  However, his motion must

cite to "materials in the record, including depositions, documents, stipulations (including those made for purpose of the motion only), admissions, interrogatory answers, or other materials." Fed. R. Civ. P. 56(c). The Court liberally construes pleadings filed by pro se litigants, but Plaintiff must still follow this rule. Plaintiff's Motion for Summary Judgment is DENIED.

**IT IS SO ORDERED.**

**DATED: July 24, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**